881 A.2d 1261

**Manuel M. CABRAL, III, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of September, 2005, the order of the Commonwealth Court is AFFIRMED.